UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE LEE HALL, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-CV-150-CRW |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## JUDGMENT

For the reasons set forth in the accompanying Agreed Order of Remand Under Sentence Four of 42 U.S.C. § 405(g) filed this day, the Court finds Plaintiff's Motion for Judgment on the Pleadings [Doc. 18] is DENIED as moot and the Parties' Joint Motion for Remand [Doc. 20] is GRANTED. Accordingly, the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further proceedings.

ENTER:

*s/John L. Medearis*
CLERK OF COURT